AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

**FILED**
2007 MAY 18 A 10: 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

RAMIREZ-Perez, Antonio
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 07 70294 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, April 23, 2007, in Santa Clara County in the Northern District of California defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title    8    United States Code, Section(s)    1326

I further state that I am a(n)    Deportation Officer    and that this complaint is based on the following
                                    Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                          ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

5/18/07                                at    San Jose, California
Date                                              City and State

Howard R. Lloyd
United States Magistrate Judge                    _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

RE: RAMIREZ-Perez, Antonio A99 467 429

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)  Mr. RAMIREZ-Perez a 33-year-old male who has used eighteen (18) aliases and three (3) dates of birth in the past.

(2)  Mr. RAMIREZ-Perez has been assigned one (1) Alien Registration number of A99 467 429, FBI number of 975715HB9, California Criminal Information Index number of A11739381, and Santa Clara County Department of Correction number DMP850.

(3)  Mr. RAMIREZ-Perez is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| May 2, 2006 | Calexico, CA |

(4)  Mr. RAMIREZ-Perez last entered the United States at or near Calexico, CA on or after May 2, 2006, by crossing the international border without inspection subsequent to deportation.

(5)  Mr. RAMIREZ-Perez on a date unknown, but no later than April 23, 2007, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On April 26, 2007, Mr. RAMIREZ-Perez was interviewed by Immigration Enforcement Agent (IEA) Erin Diep at the Santa Clara County Main Jail, San Jose, CA, and during that interview, Mr. RAMIREZ-Perez was advised of his **Miranda** rights in Spanish. Mr. RAMIREZ-Perez invoked his **Miranda** rights and declined to provide a written sworn statement. However, on March 13, 2006, Mr. RAMIREZ-Perez waived his **Miranda** rights and provided a sworn statement attesting to his alienage, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to enter the United States.

RE: RAMIREZ-Perez, Antonio A99 467 429

(6) Mr. RAMIREZ-Perez was, on December 18, 1997, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of BURGLARY: SECOND DEGREE, a felony, in violation of Section 459/460(b) of the California Penal Code, and was sentenced to four (4) months in jail.

(7) Mr. RAMIREZ-Perez was, on February 1, 2001, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of INFLICT CORPORAL INJURY TO SPOUSE/COHABITANT, a misdemeanor, in violation of Section 273.5(a) of the California Penal Code, and was sentenced to forty-five (45) days in jail.

(8) Mr. RAMIREZ-Perez was, on May 20, 2002, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of BATTERY, a misdemeanor, in violation of Section 242/243(a) of the California Penal Code, and was sentenced to sixty (60) days in jail.

(9) Mr. RAMIREZ-Perez was, on March 14, 2006, convicted in the United StatesDistrict Court, District of Arizona, for the offense of ILLEGAL ENTRY, a petty offense, in violation of Title 8 USC, 1325, and was sentenced to fifty (50) days.

(10) Mr. RAMIREZ-Perez was, on April 25, 2007, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of DRIVING WHILE HAVING A 0.08% OR HIGHER BLOOD ALCOHOL, a misdemeanor, in violation of Section 23152(b) of the California Vehicle Code, and was sentenced to forty-five (45) days in jail.

(11) On the basis of the above information, there is probable cause to believe that Mr. RAMIREZ-Perez illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this ___18___ day of ___May___, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE