SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney



FILED

2007 JUN -5  A 11: 50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 00356 JF PVT |
| Plaintiff, | VIOLATION: 8 U.S.C. § 1326 - Illegal Re-entry Following Deportation |
| v. | |
| ANTONIO RAMIREZ-PEREZ, | SAN JOSE VENUE |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

On or about April 23, 2007, the defendant

ANTONIO RAMIREZ-PEREZ,

an alien, previously having been arrested and deported from the United States on or about May 2, 2006, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the defendant for admission into the United States,

//

INFORMATION

1  in violation of Title 8, United States Code, § 1326.

2

3  DATED: June 5, 2007

4                                       SCOTT N. SCHOOLS
                                        United States Attorney

5

6                                       _____
                                        DAVID R. CALLAWAY
7                                       Deputy Chief, San Jose Branch

8

9  Approved as to form: _Benjmin T. Kennedy_
                         SAUSA Benjamin Kennedy
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                              2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

**OFFENSE CHARGED**

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

CR 07 00356 JF PVT

**DEFENDANT - U.S.**

▶ ANTONIO RAMIREZ-PEREZ

2007 JUN -5 A 11: 50

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes   ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) BENJAMIN KENNEDY

☐ This report amends AO 257 previously submitted

─────────── ADDITIONAL INFORMATION OR COMMENTS ───────────

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: