AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

FILED
JUN 7 - 2007

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-00356JF

I, __ANTONIO RAMIREZ-PEREZ__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/7/07__ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer