UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    V.

No. CR-07-00356-JF

ANTONIO RAMIREZ-PEREZ,

    Defendant

_____

To: All Counsel and Parties in the above named action:

You are hereby notified that the Court has rescheduled the Status hearing scheduled for July 11, 2007 to July 12, 2007 at 9:00 AM. before the Honorable Jeremy Fogel.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA

Dated July 6, 2007

For the Court,
Richard W. Wieking, Clerk

By:
   /s/

Diana Munz
Courtroom Deputy