UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    V.

ANTONIO RAMIREZ-PEREZ,

    Defendant

No. CR-07-00356-JF

_____

To: All Counsel and Parties in the above named action:

You are hereby notified that the Court has rescheduled the Status hearing scheduled for July 12, 2007 to July 18, 2007 at 9:00 AM. before the Honorable Jeremy Fogel.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA

Dated July 9, 2007          For the Court,
                                        Richard W. Wieking, Clerk

                                           By:
                                                    /s/

                                           Diana Munz
                                           Courtroom Deputy