# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition/Judgment and Sentencing, July 18, 2007
**Case Number:** CR-07-00356-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:        UNITED STATES OF AMERICA V. ANTONIO RAMIREZ-PEREZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Antonio Ramirez-Perez |
| **Attorneys Present: Benjamin Kennedy** | **Attorneys Present: Allen Schwartz** |

---

PROCEEDINGS:

       Disposition and Judgment and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present.

Defendant pleads guilty to count 1 of the Information. Defendant is sentenced to 6 months prison; 3 years supervised release; and $100.00 special assessment.