FILED

JUL 25 2007

CLERK, U.S. ...
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-07-00356-JF |
|---|---|
| Plaintiff, | SEALING ORDER PURSUANT TO GENERAL ORDER 54 |
| V. | |
| ANTONIO RAMIREZ-PEREZ, Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

__ Presentence Report

__ Plea Agreement

_x_ Statement of Reasons

IT IS SO ORDERED.

DATED: July 25, 2007

JEREMY FOGEL
United States District Judge